FORM NO. 2 (LF002)

# United States Bankruptcy Court
## Western District of Tennessee

In re  **Robbie Jacquette**
**Lilly Renee Jacquette**

Debtor(s)

Case No.

Chapter   **13**

## CHAPTER 13 PLAN
## (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | | |
|---|---|---|---|
| DEBTOR(S): | (H) **Robbie Jacquette** | | S.S.# |
| | (W) **Lilly Renee Jacquette** | | S.S.# |
| ADDRESS: | **4704 Buttermilk Cove** | | |
| | **Memphis, TN 38125** | | |

PLAN PAYMENT:
PAYROLL DEDUCTION:   Debtor(s) to pay $ **533.00**   (weekly, every two weeks, semi-monthly, **monthly**)

OR (**X**) DIRECT PAY

BECAUSE:   **Debtors are retired and receiving Social Security.**

FIRST PAYMENT DATE: _____

PLACE OF EMPLOYMENT: _____

ADMINISTRATIVE:   Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

|  | | MONTHLY PLAN PMT. |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to _____ | $ **0.00** |
| | Child support arrearage amount _____ | $ **-NONE-** |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

HOME MORTGAGE:   If no arrearage, ongoing payments are to be paid directly by the debtor(s).

**USAA Federal Savings Bank**
**(4704 Buttermilk Cove**
**Memphis, TN 38125)**   Ongoing pmt. Begin   **NOT IN PLAN**   $ **CURRENT**

Approx. arrearage   **0.00**   Interest   **0.00** %   $ **-NONE-**

| SECURED CREDITORS;<br>(retain lien 11 U.S.C. Sec. 1325{a}{5}) | | VALUE<br>COLLATERAL | RATE OF<br>INTEREST | | MONTHLY<br>PLAN PMT. |
|---|---|---|---|---|---|
| **Chase Auto Finance**<br>**(2013 Mazda CX-9)** | $ | **Value: 16,150.00** | **5.50** % | $ | **309.00** |
| **Springleaf Financial**<br>**(2003 Chrysler Town & Country)** | $ | **Value: 2,075.00** | **5.50** % | $ | **40.00** |

UNSECURED CREDITORS:   Pay **TBD** % of these claims after above claims are paid or pay all disposable income for term of plan;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:  **$25,374.00**

TERMINATION:   Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
**Executory contracts and unexpired leases are rejected, unless specifically assumed in this plan.**
**Assumed Leases**
 **-NONE-**:
*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.
Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. General unsecured creditors will receive **TBD**%

DEBTOR'S ATTORNEY:   **Arthur Ray 5173**
**Arthur Ray Law Offices**
**6244 Poplar Ave., Ste. 150**
**Memphis, TN 38119-4733**
**(901) 682-1500 Fax:(901) 881-9680**